STATE of Missouri, Respondent,

v.

Ira J. ANDERSON, Jr., Appellant.

No. WD 34767.

Missouri Court of Appeals,
Western District.

Feb. 14, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
March 27, 1984.

J. Armin Rust, Lexington, for appellant.

John Ashcroft, Atty. Gen. and Robert L.
Swearingen, Jefferson City, for respon-
dent.

Before SHANGLER, P.J., and KENNE-
DY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of conviction of rape, § 566.030, RSMo Supp.1983, and sentence to five years' imprisonment, of the Circuit Court of Lafayette County.

Affirmed. Rule 30.25(b).